UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CLAUDE PIERCE**,                                                  Civil Case No. 3:11-CV-01250-KI

    Petitioner,

                                                                              JUDGMENT

                               v.

**J.E. THOMAS**,

    Respondent.


Anthony D. Bornstein
Federal Public Defender's Office
101 SW Main Street, Suite 1700
Portland, Oregon  97204

        Attorney for Petitioner


Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

      Attorneys for Respondent


KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED, that the Petition for Writ of Habeas Corpus [1], the

Amended Petition for Writ of Habeas Corpus [9], and the Supplemental Claim in Support of

First Amended Petition for Writ of Habeas Corpus [34] are denied and the proceeding is

dismissed with prejudice.

      Dated this _____23rd_____ day of October, 2012.


                       /s/ Garr M. King_____
                       Garr M. King
                       United States District Judge