UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CLAUDE PIERCE**,                       Civil Case No. 3:11-CV-01250-KI

        Petitioner,

                                  JUDGMENT

              v.

**J.E. THOMAS**,

        Respondent.

Anthony D. Bornstein
Federal Public Defender's Office
101 SW Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Ronald K. Silver
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

    Attorneys for Respondent

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED, that the Petition for Writ of Habeas Corpus [1], the Amended Petition for Writ of Habeas Corpus [9], and the Supplemental Claim in Support of First Amended Petition for Writ of Habeas Corpus [34] are denied and the proceeding is dismissed with prejudice.

    Dated this     23rd     day of October, 2012.

                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge